UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80188-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANGEL NAVARRO-LLITERAS,

      Defendant.

_____/

## CASE MANAGEMENT ORDER #1A

**THIS CAUSE** is before the court following a status conference on April 15, 2008, at which the government confirmed that this defendant is charged together with codefendants Miakel Soto and Duany Jimenez with death-penalty-eligible offenses and the government is in the process of determining whether that penalty should be sought. Upon motion from counsel appointed to represent Mr. Navarro-Lliteras, the court entered an order appointing Bruce H. Fleisher, Esq. as second-chair counsel. It is further

**ORDERED and ADJUDGED** that:

1.     This case is reset for trial on the October 2008 trial calendar which commences on Monday, October 6, 2008. Counsel for all parties shall appear at a calendar call commencing at 2:00 p.m. on Wednesday, October 1st, in courtroom #5 at the United States Courthouse in West Palm Beach, Florida.

2.     All CJA-appointed counsel in this case shall meet, either in person or by conference

telephone call, within the next twenty (20) days to develop a comprehensive case budget as contemplated by the Judicial Conference of the United States. *See attached Explanatory Memorandum for Case Budgeting in Federal Death Penalty Panel Attorney Representations.* In this process, counsel are encouraged to consult with CJA Administrator Lara (305/523-5655), Kathleen M. Williams, Esq., Federal Public Defender for the Southern District of Florida (305/536-6900), and Steven M. Potolsky, Esq. (305/530-8090).

3.     Within thirty (30) days of the date of entry of this order, CJA-appointed counsel shall file, *ex parte* and under seal, a proposed comprehensive bu dget utilizing the appropriate forms and worksheets (both summary and detailed) for submission to the United States Court of Appeals for the Eleventh Circuit. If necessary, the court will schedule an *ex parte* conference with counsel to review the submission.

4.     Henceforth, to avoid repetitive pleadings, any pleading filed by one defendant shall apply to both defendants unless the other defendant opts out by a written pleading. The only exception to this rule shall be for a pleading that seeks relief that would be available only to the pleader, for example, a motion to suppress the defendant's statement.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of April, 2008.

Daniel T. K. Hurley
United States District Judge

Copies provided to counsel.